

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-22-00886-CR

The **STATE** of Texas,
Appellant

v.

Juan Orlando **GARCIA COMPEAN**,
Appellee

From the County Court, Kinney County, Texas
Trial Court No. 13930CR
Honorable Dennis Powell, Judge Presiding

BEFORE JUSTICE SPEARS, JUSTICE MCCRAY, AND JUSTICE MEZA

In accordance with this court's opinion of this date, we WITHDRAW our August 27, 2025 opinion and judgment in this case; REVERSE the trial court's order granting Juan Orlando Garcia Compean's request for habeas relief; RENDER judgment denying Garcia Compean's habeas application; and REINSTATE the information charging Garcia Compean with the misdemeanor offense of criminal trespass.

SIGNED October 10, 2025.

_____
Adrian A. Spears II, Justice